| | | | |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Neyhart, Anderson, Flynn & Grosboll<br>44 Montgomery Street, Suite 2080<br>San Francisco, CA 94104<br>*Telephone No:* 415-677-9440      *FAX No:* 415-677-9445<br><br>*Attorney for:* Plaintiff | | | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* International Brotherhood Of Electrical Workers District 9 Pension Plan, Et Al.

*Defendant:* B&C Transit Consultants, Inc. a Florida Corporation

| **PROOF OF SERVICE**<br>**Summons and Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV081026BZ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons And Complaint Civil Case Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Ecf Registration Information Handout; Welcome To The U.S. District Court Information Sheet; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial

*3. a. Party served:*          B&C Transit Consultants, Inc. c/o its Agent for Service of Process

*4. Address where the party was served:*          B&C Transit Consultants, Inc.
14500 Doolittle Drive
San Leandro, CA 94577

*5. I served the party:*
   b. **by substituted service.** On: Tue., Mar. 04, 2008 at: 12:53PM by leaving the copies with or in the presence of:
   Cathy Williams, Receptionist, White, Female, 67 Years Old, Gray Hair, 5 Feet 6 Inches, 155 Pounds

   (1) **(Business)** a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers. The Defendant's Residence address is unknown.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Thu., Mar. 06, 2008  from: Fremont, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

*7. Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Daniel D. Burke, Sr.                                d.  *The Fee* for Service was:    $60.00
   b. **D & R Legal Process Service, L.L.C.**            e.  I am: (3)  registered California process server
      39159 Paseo Padre Parkway, Registration # 555          *(i)*  Independent Contractor
      Suite #112                                             *(ii)  Registration No.:*       425
      Fremont, CA 94538                                      *(iii) County:*                 Alameda
   c. (877) 797-9996, FAX (510) 797-9998                     *(iv)  Expiration Date:*         Fri, Nov. 27, 2009

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Thu, Mar. 06, 2008

Judicial Council Form POS-010                PROOF OF SERVICE                    *(Daniel D. Burke, Sr.)*
Rule 2.150.(a)&(b) Rev January 1, 2007       Summons and Complaint                                    *naf&g.14449*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Neyhart, Anderson, Flynn & Grosboll<br>44 Montgomery Street, Suite 2080<br>San Francisco, CA 94104<br><br>*Telephone No:* 415-677-9440    *FAX: No:* 415-677-9445 | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* International Brotherhood Of Electrical Workers District 9 Pension Plan, Et Al
*Defendant:* B&C Transit Consultants, Inc. a Florida Corporation

| **Declaration of Due Dilligence**<br>Summons and Complaint | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV081026BZ |
|---|---|---|---|---|

1. I, Daniel D. Burke, Sr., and any employee or independent contractors retained by D & R Legal Process Service, L.L.C. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant B&C Transit Consultants, Inc., c/o its Agent for Service of Process, Jophn Durkin as follows:

2. **Documents:** Summons and Complaint; Civil Case Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Welcome to the U.S. District Court Information Sheet; Notice of Assignment of Case to a United States Magistrate Judge for Trial.

| Day<br>Wed | Date<br>03/05/08 | Time<br>12:40pm | Location<br>Business | R e s u l t s<br>Bad Address- The address provided is vacant; There is a note on the door, to the postman saying that the tenant has moved out. Attempt made by: Daniel D. Burke, Sr.. Attempt at: B&C Transit Consultants, Inc. 405 14th Street, Suite 1414 Oakland CA. 94612. |
|---|---|---|---|---|
| Thu | 03/06/08 | 12:00pm | Business | Returned Not Served on: B&C Transit Consultants, Inc., c/o its Agent for Service of Process, Jophn Durkin Business - B&C Transit Consultants, Inc. 405 14th Street, Suite 1414 Oakland, CA. 94612 |

3. *Person Executing*
   a. Daniel D. Burke, Sr.
   b. **D & R Legal Process Service, L.L.C.**
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (877) 797-9996, FAX (510) 797-9998

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:* $60.00
e. *I am:* (3) registered California process server
   (i)   Independent Contractor
   (ii)  *Registration No.:*    425
   (iii) *County:*    Alameda
   (iv)  *Expiration Date:*    Fri, Nov. 27, 2009

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

*Daniel D. Burke Sr*